[No. 10381-1-III.   Division Three.   March 2, 1993.]

E. EARLE BAYMAN, ET AL, *Respondents*, v. SYLVESTER
TIPPETT, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin
County, No. 87-2-00183-6, Wallis W. Friel, J., entered October
13, 1989. *Reversed* by unpublished opinion per Sweeney, J.,
concurred in by Shields, C.J., and Thompson, J.

[No. 12243-3-III.   Division Three.   March 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. CURTIS
MENDE, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan
County, No. 91-1-00233-0, Ted Walter Small, Jr., J., entered
December 12, 1992. *Affirmed* by unpublished opinion per
Shields, C.J., concurred in by Munson and Thompson, JJ.

[No. 11694-8-III.   Division Three.   March 2, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. GUILLERMO
CURIEL, *Appellant*.

Appeal from a judgment of the Superior Court for Adams
County, No. 90-1-00083-4, Richard W. Miller, J., entered June
17, 1991. *Reversed* by unpublished opinion per Munson, J.,
concurred in by Shields, C.J., and Thompson, J.

[No. 15700-4-II.   Division Two.   March 3, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES
JOSEPH KOOP, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 91-1-02303-6, Thomas R. Sauriol, J., entered
January 27, 1992. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Alexander, C.J., and
Morgan, J.